## STATE OF CONNECTICUT *v.* FRANCISZEK MARCISZ

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 31 (AC 26879), is denied.

*Robert J. McKay,* in support of the petition.

*Eileen F. McCarthy,* assistant state's attorney, in opposition.

Decided February 28, 2007